Quinton WHITE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 429, 2015

Supreme Court of Delaware.

Submitted: April 20, 2016

Decided: April 25, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1407002011

AFFIRMED.

Justin GRANT,[1] Respondent Below–Appellant,

v.

Darlene E. GRANT, Petitioner Below–Appellee.

No. 283, 2015

Supreme Court of Delaware.

Submitted: February 26, 2016

Decided: April 25, 2016

Court Below—Family Court of the State of Delaware, in and for Sussex County, File No. CS13-01248, Petition No. 14-10248

AFFIRMED.

Ricky THOMPSON, Plaintiff Below, Appellant,

v.

Nora Beth KIRBY, Defendant Below, Appellee.

No. 558, 2015

Supreme Court of Delaware.

Submitted: February 5, 2016

Decided: April 25, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N14C–07–203

AFFIRMED.